BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, a federally recognized Indian tribe on its own behalf and as *parens patriae* for its members, and CTGW, LLC, a limited liability company organized under Delaware law,<br><br>    Plaintiffs,<br><br>v.<br><br>THURSTON COUNTY BOARD OF EQUALIZATION, a political subdivision of the State of Washington; Thurston County Board of Equalization members JOHN MORRISON, BRUCE REEVES and JOE SIMMONDS, in their official capacities; THURSTON COUNTY ASSESSOR PATRICIA COSTELLO, in her official capacity; THURSTON COUNTY, a political subdivision of the State of Washington; and THURSTON COUNTY TREASURER ROBIN HUNT, in her official capacity,<br><br>    Defendants. | No. C08 5562 BHS<br><br>ORDER GRANTING DEFENDANTS' AND DENYING PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT<br><br>[PROPOSED]<br><br>NOTE ON MOTION DOCKET: JANUARY 22, 2010 |

This matter comes before the Court on the party's cross-Motions for Summary Judgment. The Court has considered the pleadings filed in support of and in opposition to these motions, and the remainder of the file. The Court hereby denies Plaintiffs' Motion for Summary Judgment and Grants Defendants' Motion for Summary Judgment for the reasons stated herein.

Based upon the argument of the parties, the evidence presented, and the pleadings herein, the Court finds that there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law.

ORDER GRANTING DEFENDANTS' AND DENYING PLAINTIFFS'
MOTIONS FOR SUMMARY JUDGMENT - 1
Cause No: C08-5562 BHS

O:\Civil\LINDA\PLD\Tax\Chehalis Tribe\MSJ (cross motions)\Proposed Order - FINAL.doc

EDWARD G. HOLM
Thurston County Prosecuting Attorney
Civil Division
2424 Evergreen Park Dr. SW, Suite 102
Olympia, WA 98502
360/786-5574   FAX 360/709-3006

Therefore, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**.

It is **FURTHER ORDERED** Defendants' Motion for Summary Judgment is granted and all Plaintiffs' claims against all Defendants are hereby dismissed.

DATED this _____ day of _____, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

_____

I hereby certify that on the 30th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys for plaintiffs:

Harold Chesnin
Confederated Tribes of the
  Chehalis Reservation
1810 43rd Avenue E., # 203
Seattle, WA 98112
pateus@aol.com

Gabriel S. Galanda
Williams, Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
ggalanda@williamskastner.com

Anthony Broadman
Williams, Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
abroadman@williamskastner.com

Debora G. Juarez
Williams, Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
djuarez@williamskastner.com

**Attorney for Board of Equalization**

David Klumpp
Chief Civil Deputy
2424 Evergreen Park Dr SW, Suite 102
Olympia, WA 98502
(360)786-5574
Fax (360)709-3006
klumppd@co.thurston.wa.us

_____
Linda Olsen, Paralegal
to Attorneys for T.C./T.C. Assessor/T.C. Treasurer

ORDER GRANTING DEFENDANTS' AND DENYING PLAINTIFFS'
MOTIONS FOR SUMMARY JUDGMENT - 2
Cause No: C08-5562 BHS

O:\Civil\LINDA\PLD\Tax\Chehalis Tribe\MSJ (cross motions)\Proposed Order - FINAL.doc

EDWARD G. HOLM
Thurston County Prosecuting Attorney
Civil Division
2424 Evergreen Park Dr. SW, Suite 102
Olympia, WA 98502
360/786-5574   FAX 360/709-3006