The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, a federally recognized Indian tribe on its own behalf and as *parens patriae* for its members, and CTGW, LLC, a limited liability company organized under Delaware law,<br><br>Plaintiffs,<br><br>v.<br><br>THURSTON COUNTY BOARD OF EQUALIZATION, a political subdivision of the state of Washington; Thurston County Board of Equalization members JOHN MORRISON, BRUCE REEVES and JOE SIMMONDS, in their official capacities; THURSTON COUNTY ASSESSOR PATRICIA COSTELLO, in her official capacity; THURSTON COUNTY, a political subdivision of the State of Washington; and THURSTON COUNTY TREASURER ROBIN HUNT, in her official capacity,<br><br>Defendants. | NO. C08-5562<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT RE: *BRACKER* PREEMPTION |

THIS MATTER comes before the Court on Plaintiffs' Motion for Summary Judgment Re: *Bracker* Preemption, and the Court having reviewed the materials filed in support of Plaintiffs' Motion, Defendants' cross Motion for Summary Judgment, and the materials in

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 1
(C08-5562)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2720701.1

1  support thereof, now, therefore, it is hereby ORDERED that Plaintiffs' Motion is GRANTED
2  and Defendant's Motion for Summary Judgment (Dkt. 100) is DENIED.
3  　　　Based on the argument of the parties and the evidence presented, the Court finds that
4  there are no genuine issues of material fact and Plaintiffs are entitled to judgment as a matter of
5  law, specifically: (1) a declaratory judgment that Defendants' Taxes are preempted; and (2) a
6  permanent injunction prohibiting Defendants from assessing, taxing, seeking to collect,
7  collecting or enforcing the collection of the property taxes on the Great Wolf Lodge – Grand
8  Mound and its associated tax parcels.
9  　　　Therefore, now it is hereby ORDERED that Defendants' Taxes are preempted as a
10 matter of federal law, and
11 　　　Plaintiffs are permanently ENJOINED and PROHIBITED from assessing, taxing,
12 seeking to collect, collecting or enforcing the collection of property taxes on the Great Wolf
13 Lodge – Grand Mound and its associated tax parcels.

16  　　　DONE in open court this ____ day of _____, 2009.

18  　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. BENJAMIN H. SETTLE
19 　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

22  Presented by:

23  /s/ Harold Chesnin, WSBA #398　　　　　　　/s/ Gabriel S. Galanda, WSBA #30331
24  Harold Chesnin, WSBA #398　　　　　　　　Debora Juarez, WSBA # 17199
    General Counsel to the Tribe　　　　　　　　Gabriel S. Galanda, WSBA # 30331
25  1810 – 43rd Avenue E. #203　　　　　　　　Anthony S. Broadman, WSBA # 39508
    Seattle, WA 98112　　　　　　　　　　　　 WILLIAMS KASTNER
    Telephone: 360-661-1020　　　　　　　　　 601 Union Street, Suite 4100

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 2
(C08-5562)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2720701.1

Fax: 206-861-8116
Email: pateus@aol.com

Attorney for Plaintiffs Confederated Tribes of the Chehalis Reservation and CTGW, LLC

Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: djuarez@williamskastner.com
Email: ggalanda@williamskastner.com
Email: abroadman@williamskastner.com

Attorneys for Plaintiffs Confederated Tribes of the Chehalis Reservation and CTGW, LLC

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 3
(C08-5562)

2720701.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600