BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al., | No. C08 5562 BHS |
| Plaintiffs, | STIPULATION AND PROPOSED ORDER TO SUBSTITE PARTY DEFENDANT AND AMEND CAPTION |
| v. | |
| THURSTON COUNTY BOARD OF EQUALIZATION, et al., | NOTE ON MOTION CALENDAR: JUNE 11, 2010 |
| Defendants. | |

## STIPULATION

Pursuant to Fed. R. Civ. P. 25(d), the Parties stipulate as follows: Shawn Myers, who was appointed Thurston County Treasurer on May 21, 2010, shall be substituted for former treasurer Robin Hunt as defendant in this matter and the caption shall be amended to reflect this substitution.

DATED this 11th day of June, 2010.

EDWARD G. HOLM
PROSECUTING ATTORNEY
  /s/Jane Futterman, WSBA #24319
JANE FUTTERMAN, WSBA #24319
SCOTT C. CUSHING, WSBA #38030
Deputy Prosecuting Attorneys
EMILY A. BUSHAW, WSBA #41693
Special Deputy Prosecuting Attorney
2424 Evergreen Park Dr SW, Suite 102
Olympia, WA  98502
(360)786-5574
Fax (360)709-3006
futterj@co.thurston.wa.us
cushins@co.thurston.wa.us
bushawe@co.thurston.wa.us
Attorneys for Defendants Thurston County, Thurston County Assessor, and Thurston County Treasurer

EDWARD G. HOLM
PROSECUTING ATTORNEY
  /s/Jane Futterman, WSBA #24319 for
JAMES P. RICHMOND, WSBA #15865
Special Deputy Prosecuting Attorney
c/o 2424 Evergreen Park Dr SW, Suite 102
Olympia, WA  98502
(360) 754-1581
jim@richmondlawgroup.com

Attorney for Defendants Thurston County, Thurston County Assessor, and Thurston County Treasurer

STIPULATION AND PROPOSED ORDER
TO SUBSTITE PARTY AND AMEND CAPTION - 1
Cause No: C08-5562 BHS

Stip & Order to Substitute Treasurer & Amend Caption.doc

EDWARD G. HOLM
Thurston County Prosecuting Attorney
Civil Division
2424 Evergreen Park Dr. SW, Suite 102
Olympia, WA  98502
360/786-5574   FAX 360/709-3006

/s Harold Chesnin, WSBA #398
Harold Chesnin, WSBA #398
General Counsel to the Tribe
1810 – 43rd Avenue E. #203
Seattle, WA 98112
Telephone: 360-661-1020
Fax: 206-861-8116
Email: pateus@aol.com

Attorney for Plaintiffs Confederated Tribes of the Chehalis Reservation and CTGW, LLC

EDWARD G. HOLM
PROSECUTING ATTORNEY
/s/David V. Klumpp, WSBA #10910
DAVID V. KLUMPP, WSBA #10910
Chief Civil Deputy
2424 Evergreen Park Dr SW, Suite 102
Olympia, WA 98502
Telephone: (360)786-5574
Fax (360)709-3006
klumppd@co.thurston.wa.us

Attorney for Board of Equalization

/s Gabriel S. Galanda, WSBA #30331
Gabriel S. Galanda, WSBA # 30331
Anthony S. Broadman, WSBA # 39508
Galanda Broadman, PLLC
PO Box 15146
Seattle, WA 98115
Telephone: (206) 691-3631
Fax: (206) 299-7690
Email: gabe@galandabroadman.com
Email: anthony@galandabroadman.com

Attorneys for Plaintiffs Confederated Tribes of the Chehalis Reservation and CTGW, LLC

## ORDER

THIS MATTER having come before the Court on the foregoing Stipulation of the parties, now, therefore, it is hereby

ORDERED that Thurston County Treasurer Shawn Myers is substituted for former Thurston County Treasurer Robin Hunt as defendant in this matter and the caption shall be amended accordingly.

DATED this _____ day of June, 2010.

_____
Honorable Benjamin H. Settle
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
TO SUBSTITE PARTY AND AMEND CAPTION - 2
Cause No: C08-5562 BHS

Stip & Order to Substitute Treasurer & Amend Caption.doc

EDWARD G. HOLM
Thurston County Prosecuting Attorney
Civil Division
2424 Evergreen Park Dr. SW, Suite 102
Olympia, WA 98502
360/786-5574   FAX 360/709-3006

Presented by:

| | |
|---|---|
| EDWARD G. HOLM<br>PROSECUTING ATTORNEY<br> /s/Jane Futterman, WSBA #24319<br>JANE FUTTERMAN, WSBA #24319<br>SCOTT C. CUSHING, WSBA #38030<br>Deputy Prosecuting Attorneys<br>EMILY A. BUSHAW, WSBA #41693<br>Special Deputy Prosecuting Attorney<br>2424 Evergreen Park Dr SW, Suite 102<br>Olympia, WA 98502<br>(360)786-5574<br>Fax (360)709-3006<br>futterj@co.thurston.wa.us<br>cushins@co.thurston.wa.us<br>bushawe@co.thurston.wa.us<br>Attorneys for Defendants Thurston County, Thurston County Assessor, and Thurston County Treasurer | EDWARD G. HOLM<br>PROSECUTING ATTORNEY<br> /s/Jane Futterman, WSBA #24319 for<br>JAMES P. RICHMOND, WSBA #15865<br>Special Deputy Prosecuting Attorney<br>c/o 2424 Evergreen Park Dr SW, Suite 102<br>Olympia, WA 98502<br>(360) 754-1581<br>jim@richmondlawgroup.com<br><br>Attorney for Defendants Thurston County, Thurston County Assessor, and Thurston County Treasurer |
|  /s Harold Chesnin, WSBA #398<br>Harold Chesnin, WSBA #398<br>General Counsel to the Tribe<br>1810 – 43rd Avenue E. #203<br>Seattle, WA 98112<br>Telephone: 360-661-1020<br>Fax: 206-861-8116<br>Email: patcus@aol.com<br><br>Attorney for Plaintiffs Confederated Tribes of the Chehalis Reservation and CTGW, LLC |  /s Gabriel S. Galanda, WSBA #30331<br>Gabriel S. Galanda, WSBA # 30331<br>Anthony S. Broadman, WSBA # 39508<br>Galanda Broadman, PLLC<br>PO Box 15146<br>Seattle, WA 98115<br>Telephone: (206) 691-3631<br>Fax: (206) 299-7690<br>Email:gabe@galandabroadman.com<br>Email:anthony@galandabroadman.com<br><br>Attorneys for Plaintiffs Confederated Tribes of the Chehalis Reservation and CTGW, LLC |
| EDWARD G. HOLM<br>PROSECUTING ATTORNEY<br> /s/David V. Klumpp, WSBA #10910<br>DAVID V. KLUMPP, WSBA #10910<br>Chief Civil Deputy<br>2424 Evergreen Park Dr SW, Suite 102<br>Olympia, WA 98502<br>Telephone: (360)786-5574<br>Fax (360)709-3006<br>klumppd@co.thurston.wa.us<br><br>Attorney for Board of Equalization | |

STIPULATION AND PROPOSED ORDER
TO SUBSTITE PARTY AND AMEND CAPTION - 3
Cause No: C08-5562 BHS

Stip & Order to Substitute Treasurer & Amend Caption.doc

EDWARD G. HOLM
Thurston County Prosecuting Attorney
Civil Division
2424 Evergreen Park Dr. SW, Suite 102
Olympia, WA 98502
360/786-5574   FAX 360/709-3006

I hereby certify that on the 11th day of June, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys for plaintiffs:

Harold Chesnin
Confederated Tribes of the
Chehalis Reservation
1810 43rd Avenue E., # 203
Seattle, WA 98112
Telephone: 360-661-1020
Fax: 206-861-8116
pateus@aol.com

Anthony Broadman
Gabriel S. Galanda
Galanda Broadman, PLLC
PO Box 15146
Seattle, WA 98115
Telephone: (206) 691-3631
Fax: (206) 299-7690
gabe@galandabroadman.com
anthony@galandabroadman.com

and to the following attorney for the Board of Equalization:

David Klumpp
Chief Civil Deputy
2424 Evergreen Park Dr SW, Suite 102
Olympia, WA 98502
Telephone: (360)786-5574
Fax (360)709-3006
klumppd@co.thurston.wa.us

_/s/ Sandra L. Sage_
Sandra L. Sage, Paralegal to Attorneys for
Thurston County and its Assessor and Treasurer

STIPULATION AND PROPOSED ORDER
TO SUBSTITE PARTY AND AMEND CAPTION - 4
Cause No: C08-5562 BHS

Stip & Order to Substitute Treasurer & Amend Caption.doc

EDWARD G. HOLM
Thurston County Prosecuting Attorney
Civil Division
2424 Evergreen Park Dr. SW, Suite 102
Olympia, WA 98502
360/786-5574   FAX 360/709-3006